UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LATASHA SHERMAN | CIVIL ACTION NO. 22-cv-1309 |
| VERSUS | JUDGE S. MAURICE HICKS |
| KAREN P. JOHNSON ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Rec. Doc. 10), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff Latasha Sherman's Complaint (Rec. Doc. 1) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 14th day of October, 2022.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE